UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CONSTANCE PATTERSON MOTLEY §<br>§<br>Plaintiff. §<br>§<br>VS. §<br>§<br>NANCY A. BERRYHILL, ACTING §<br>COMMISSIONER OF THE SOCIAL §<br>SECURITY ADMINISTRATION §<br>§<br>Defendant. § | CIVIL ACTION NO. 3:18–CV–00090 |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

Pending before the Court are Plaintiff's Objections to the Magistrate Judge's Memorandum and Recommendation ("Objections"). Dkt. 21. On August 7, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. Dkt. 12. On January 25, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 20) recommending that Motley's Motion for Summary Judgment (Dkt. 14) be **DENIED** and the decision of the Commissioner be **AFFIRMED**.

On February 8, 2019, Claimant Constance Patterson Motley filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the summary judgment record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 20) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Motley's Motion for Summary Judgment (Dkt. 14) is **DENIED**; and

(3) The decision of the Commissioner is **AFFIRMED**.

It is so **ORDERED**.

SIGNED and ENTERED this 6th day of March, 2019.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE